IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M.(SMITH)PRILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1286-JJF |
| ) | |
| TOWN OF SMYRNA, DAVID S. ) | |
| HUGG, III, individually and ) | |
| in his official capacity as ) | |
| Town Manager; ) | |
| BEVERLY A. HIRT, individually ) | |
| and in her official capacity ) | |
| as Director of the Smyrna ) | |
| Public Library; and ) | |
| HARVEY LEGGETT, individually ) | |
| and in his official capacity ) | |
| as Supervisor of Streets/ ) | |
| Foreman of Public Works, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' FIRST REQUEST OF PRODUCTION OF
DOCUMENTS DIRECTED TO PLAINTIFF**

1.   Any documents, writings, memoranda, data, correspondence and/or tangible things which plaintiff or plaintiff's counsel relies upon or intends to rely upon to support the allegation that defendants discriminated against plaintiff on the basis of her sex and/or race.

2.   Any documents, writings, meoranda, data, correspondence and/or tangible things which plaintiff or plaintiff's counsel relies upon or intends to rely upon to support the allegation that as a result of the defendants' actions plaintiff has sustained severe emotional distress, pain and suffering, mental

1

anguish, humiliation and lost wages.

3. Any documents, writings, memoranda, data, correspondence and/or tangible things which plaintiff or plaintiff's counsel relies upon or intends to rely upon to support the allegation that defendants refused to afford plaintiff due process.

                                               **AKIN & HERRON, P.A.**

                                               /s/ Bruce C. Herron
Bruce C. Herron (ID # 2315)
1220 N. Market Street
Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 655-5552
Attorney for Defendants

Dated: March 1, 2005