IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M.(SMITH)PRILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1286-JJF |
| ) | |
| TOWN OF SMYRNA, DAVID S. ) | |
| HUGG, III, individually and ) | |
| in his official capacity as ) | |
| Town Manager; ) | |
| BEVERLY A. HIRT, individually ) | |
| and in her official capacity ) | |
| as Director of the Smyrna ) | |
| Public Library; and ) | |
| HARVEY LEGGETT, individually ) | |
| and in his official capacity ) | |
| as Supervisor of Streets/ ) | |
| Foreman of Public Works, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I **HEREBY CERTIFY** that on this 1st day of March, 2005, a copy of the **DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF AND DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF** were served via Lexis/Nexis File & Serve and mailed first class upon the following counsel:

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

/s/ Bruce C. Herron
**Bruce C. Herron** (ID # 2315)
1220 N. Market Street
Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 655-5552
Attorney for Defendants

H:\tmw5\data\files\Docs\3651.021\NOS\1330.WPD