IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M.(SMITH)PRILLER,                )<br>                                       )<br>            Plaintiff,     )<br>                                       )<br>       v.                          )<br>                                       )<br>TOWN OF SMYRNA, DAVID S.      )<br>HUGG, III, individually and   )<br>in his official capacity as   )<br>Town Manager;                      )<br>BEVERLY A. HIRT, individually )<br>and in her official capacity  )<br>as Director of the Smyrna     )<br>Public Library; and           )<br>HARVEY LEGGETT, individually  )<br>and in his official capacity  )<br>as Supervisor of Streets/     )<br>Foreman of Public Works,      )<br>                                       )<br>            Defendants.    ) | C.A. No. 04-1286-JJF |

### NOTICE OF DEPOSITION

TO:   William D. Fletcher, Jr., Esquire
      Noel E. Primos, Esquire
      Schmittinger & Rodriguez, P.A.
      414 South State Street
      P.O. Box 497
      Dover, DE 19903

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Kari M. Priller at the offices of Akin & Herron, P.A., located at 1200 North Market Street, Suite 300, Wilmington, DE 19899, on Thursday, July 28, 2005, at 10:00 a.m.

                                **AKIN & HERRON, P.A.**

                                /s/ Bruce C. Herron
                                Bruce C. Herron, Esquire
                                I.D. No.: 2315
                                1220 N. Market Street, Suite 300
                                P.O. Box 25047
                                Wilmington, DE 19899
                                (302) 427-6987
                                Attorney for Defendants

Date: May 19, 2005
cc:  Corbett & Associates

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KARI M.(SMITH)PRILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1286-JJF |
| | ) | |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager; BEVERLY A. HIRT, individually and in her official capacity as Director of the Smyrna Public Library; and HARVEY LEGGETT, individually and in his official capacity as Supervisor of Streets/ Foreman of Public Works, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 19th day of May, 2005, two (2) copies of the **NOTICE OF DEPOSITION** were served via Lexis/Nexis File & Serve and mailed first class upon the following counsel:

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

**AKIN & HERRON, P.A.**

<u>/s/ Bruce C. Herron</u>
Bruce C. Herron, Esquire
I.D. No.: 2315
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6987
Attorney for Defendants

H:\tmw5\data\files\Docs\3651.021\NOD\1879.wpd