# AKIN & HERRON, P.A.
### ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON
_____

DEBORAH C. SELLIS

1220 N. MARKET STREET
SUITE 300
P. O. BOX 25047
WILMINGTON, DELAWARE 19899
(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6989

www.rabhlaw.com

E-Mail
raa@rabhlaw.com

May 19, 2005

Honorable Joseph J. Farnan, Jr.
U.S. District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

**Re: <u>(Smith) Priller v. Town of Smyrna</u>**
**    C.A. No.: 04-1286-JJF**

Dear Judge Farnan:

Pursuant to the Court's letter of May 5, 2005, enclosed is a Proposed Pre-trial Scheduling Order with dates which have been agreed upon by counsel.

Respectfully submitted,

/s/ Bruce C. Herron

Bruce C. Herron
Attorney for Defendants

BCH:tad
Enclosure
cc: United States District Court Clerk
    William D. Fletcher, Jr., Esquire
    Noel E. Primos, Esquire

H:\tmw5\data\files\Docs\3651.021\CORR\1882.WPD