IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M.(SMITH)PRILLER, )<br>   )<br>     Plaintiff,    )<br>   )<br>     v.    )<br>   )<br>TOWN OF SMYRNA, DAVID S.   )<br>HUGG, III, individually and   )<br>in his official capacity as   )<br>Town Manager;   )<br>BEVERLY A. HIRT, individually )<br>and in her official capacity  )<br>as Director of the Smyrna    )<br>Public Library; and   )<br>HARVEY LEGGETT, individually  )<br>and in his official capacity  )<br>as Supervisor of Streets/    )<br>Foreman of Public Works,    )<br>   )<br>     Defendants.   ) | C.A. No. 04-1286-JJF |

**<u>RE-NOTICE OF DEPOSITION</u>**

TO:   William D. Fletcher, Jr., Esquire
      Noel E. Primos, Esquire
      Schmittinger & Rodriguez, P.A.
      414 South State Street
      P.O. Box 497
      Dover, DE 19903

   **PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Kari M. Priller at the offices of Akin & Herron, P.A., located at 1220 North Market Street, Suite 300, Wilmington, DE 19899, on Monday, July 25, 2005, at 10:00 a.m.

        **AKIN & HERRON, P.A.**


        /s/ Bruce C. Herron
        Bruce C. Herron, Esquire
        I.D. No.: 2315
        1220 N. Market Street, Suite 300
        P.O. Box 25047
        Wilmington, DE 19899
        (302) 427-6987
        Attorney for Defendants

Date: May 31, 2005

cc: Ambassador Legal Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M.(SMITH)PRILLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.                              ) <br> ) <br> TOWN OF SMYRNA, DAVID S.         ) <br> HUGG, III, individually and     ) <br> in his official capacity as      ) <br> Town Manager;                    ) <br> BEVERLY A. HIRT, individually ) <br> and in her official capacity   ) <br> as Director of the Smyrna       ) <br> Public Library; and              ) <br> HARVEY LEGGETT, individually    ) <br> and in his official capacity    ) <br> as Supervisor of Streets/        ) <br> Foreman of Public Works,         ) <br> ) <br> Defendants.    ) | C.A. No. 04-1286-JJF |

**NOTICE OF SERVICE**

I hereby certify that on this 31st day of May, 2005, one copy of the **RE-NOTICE OF DEPOSITION** was served via Lexis/Nexis File & Serve and mailed first class upon the following counsel:

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

        **AKIN & HERRON, P.A.**

        <u>/s/ Bruce C. Herron</u>
        Bruce C. Herron, Esquire
        I.D. No.: 2315
        1220 N. Market Street, Suite 300
        P.O. Box 25047
        Wilmington, DE 19899
        (302) 427-6987
        Attorney for Defendants

H:\tmw5\data\files\Docs\3651.021\RNOD\1932.wpd