IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M. (SMITH) PRILLER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *    C.A. No. 04-1286 (JJF) |
| TOWN OF SMYRNA; DAVID S. | * |
| HUGG, III, individually and in | * |
| his official capacity as Town Manager; | * |
| BEVERLY A. HIRT, individually | * |
| and in her official capacity as | *    TRIAL BY JURY DEMANDED |
| Director of the Smyrna Public | * |
| Library; and HARVEY LEGGETT, | * |
| individually and in his official capacity as | * |
| Supervisor of Streets/Foreman | * |
| of Public Works, | * |
| | * |
| Defendants. | * |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO FED. R. CIV. P. 26(a)(1)**

to be served upon:

        Bruce C. Herron, Esq.
        Akin & Herron, P.A.
        1220 N. Market Street, #300
        P.O. Box 25047
        Wilmington, DE 19899

by mailing regular U.S. mail at the address listed above on __July 7__, 2005.

        SCHMITTINGER & RODRIGUEZ, P.A

BY: _____
        WILLIAM D. FLETCHER, JR.
        Bar I.D. #362

BY: _____
        NOEL E. PRIMOS
        Bar ID #3124
        414 S. State Street,
        P.O. Box 497
DATED: 7/7/05        Dover, DE 19903
WDF:tcl        Attorneys for Plaintiff