IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M. (SMITH) PRILLER, | * |
| Plaintiff, | * |
| v. | * |
| | *  C.A. No. 04-1286 (JJF) |
| TOWN OF SMYRNA; DAVID S. HUGG, III, individually and in his official capacity as Town Manager; BEVERLY A. HIRT, individually and in her official capacity as Director of the Smyrna Public Library; and HARVEY LEGGETT, individually and in his official capacity as Supervisor of Streets/Foreman of Public Works, | *  TRIAL BY JURY DEMANDED |
| Defendants. | * |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES**
and
**PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

to be served upon:

Bruce C. Herron, Esq.
Akin & Herron, P.A.
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899

by mailing regular U.S. mail at the address listed above on _____July 7_____, 2005.

SCHMITTINGER & RODRIGUEZ, P.A

BY: _____
NOEL E. PRIMOS
Bar ID #3124
414 S. State Street,
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

DATED: 7/7/05
WDF:tcl