IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M. (SMITH) PRILLER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   C.A. No. 04-1286 (JJF) |
| TOWN OF SMYRNA; DAVID S. | * |
| HUGG, III, individually and in | * |
| his official capacity as Town Manager; | * |
| BEVERLY A. HIRT, individually | * |
| and in her official capacity as | *   TRIAL BY JURY DEMANDED |
| Director of the Smyrna Public | * |
| Library; and HARVEY LEGGETT, | * |
| individually and in his official capacity as | * |
| Supervisor of Streets/Foreman | * |
| of Public Works, | * |
| | * |
| Defendants. | * |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT**
and
**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION DIRECTED TO DEFENDANT**

to be served upon:

Bruce C. Herron, Esq.
Akin & Herron, P.A.
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899

by mailing regular U.S. mail at the address listed above on ___July 7___, 2005.

SCHMITTINGER & RODRIGUEZ, P.A

BY: _/s/ William D. Fletcher, Jr._
WILLIAM D. FLETCHER, JR.
Bar I.D. #3621

BY: _/s/ Noel E. Primos_
NOEL E. PRIMOS
Bar ID #3124
414 S. State Street,
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

DATED: 7/7/05
WDF:tcl