## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

**NOTICE OF DEPOSITIONS**
**Beverly Hirt, Harvey Leggett and David S. Hugg**

to be served upon:

    Bruce C. Herron, Esq.
    *Akin & Herron, P.A.*
    1220 N. Market Street, #300
    P.O. Box 25047
    Wilmington, DE 19899

by mailing copies to address shown above, postage prepaid on July __25__, 2005.

                      SCHMITTINGER & RODRIGUEZ, P.A.

                      BY: /s/ William D. Fletcher, Jr.
                      William D. Fletcher, Jr.
                      Bar ID #362
                      414 S. State Street
                      P.O. Box 497
                      Dover, DE 19903-0497
                      302-674-0140
Dated: 7/25/05         Attorneys for Plaintiff
WDF:tcl  7/25/05