IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KARI M. (SMITH) PRILLER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | C.A. No. 04-1286 (JJF) |
| TOWN OF SMYRNA; DAVID S. HUGG, III, individually and in his official capacity as Town Manager; BEVERLY A. HIRT, individually and in her official capacity as Director of the Smyrna Public Library; and HARVEY LEGGETT, individually and in his official capacity as Supervisor of Streets/Foreman of Public Works, | * * * * * * * * * | TRIAL BY JURY DEMANDED |
| | * | |
| Defendants. | * | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S SECOND SET OF INTERROGATORIES DIRECTED TO DEFENDANT**
and
**PLAINTIFF'S SECOND REQUEST FOR PRODUCTION DIRECTED TO DEFENDANT**

to be served upon:

        Bruce C. Herron, Esq.
        Akin & Herron, P.A.
        1220 N. Market Street, #300
        P.O. Box 25047
        Wilmington, DE 19899

by mailing regular U.S. mail at the address listed above on July 27, 2005.

        SCHMITTINGER & RODRIGUEZ, P.A

        BY: _____
        WILLIAM D. FLETCHER, JR.
        Bar ID #362
        414 S. State Street,
        P.O. Box 497
        Dover, DE 19903
WDF:tcl        Attorneys for Plaintiff