IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KARI M. (SMITH) PRILLER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | C.A. No. 04-1286 (JJF) |
| TOWN OF SMYRNA; DAVID S. | * | |
| HUGG, III, individually and in | * | |
| his official capacity as Town Manager; | * | |
| BEVERLY A. HIRT, individually | * | |
| and in her official capacity as | * | TRIAL BY JURY DEMANDED |
| Director of the Smyrna Public | * | |
| Library; and HARVEY LEGGETT, | * | |
| individually and in his official capacity as | * | |
| Supervisor of Streets/Foreman | * | |
| of Public Works, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF DEPOSITIONS

TO:   Bruce C. Herron, Esq.
      Akin & Herron, P.A.
      1220 N. Market Street, #300
      P.O. Box 25047
      Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take oral depositions of the following individuals on Monday, October 31, 2005:

**Ms. Serm Rhea,** beginning at approximately 10:00 a.m.; and

**Sgt. Graham, of the Smyrna Police Department**, beginning at approximately 11:00 a.m.

The depositions will take place at the offices of Schmittinger & Rodriguez, P.A., 414 S. State Street, Dover, Delaware, 19901.

                              SCHMITTINGER AND RODRIGUEZ, P.A.

                              BY: _____
                                  William D. Fletcher, Jr.
                                  Bar ID #362
                                  414 S. State Street
                                  P.O. Box 497
                                  Dover, DE 19903-0497
                                  Attorneys for Plaintiff

Dated: 9-9-05

cc: Cheryl Anthony