## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

**NOTICE OF DEPOSITIONS**
**Serm Rhea (individual) and Sgt. Graham (Smyrna Police Dept.)**

to be served upon:

    Bruce C. Herron, Esq.
    *Akin & Herron, P.A.*
    1220 N. Market Street, #300
    P.O. Box 25047
    Wilmington, DE 19899

by mailing copies to address shown above, postage prepaid on September 9, 2005.

                              SCHMITTINGER & RODRIGUEZ, P.A.

                              BY: /s/ William D. Fletcher, Jr.
                                    William D. Fletcher, Jr.
                                    Bar ID #362
                                    414 S. State Street
                                    P.O. Box 497
                                    Dover, DE 19903-0497
                                    302-674-0140
                                    Attorneys for Plaintiff

WDF:tcl