IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M. (SMITH) PRILLER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   C.A. No. 04-1286 (JJF) |
| TOWN OF SMYRNA; DAVID S. | * |
| HUGG, III, individually and in | * |
| his official capacity as Town Manager; | * |
| BEVERLY A. HIRT, individually | * |
| and in her official capacity as | *   TRIAL BY JURY DEMANDED |
| Director of the Smyrna Public | * |
| Library; and HARVEY LEGGETT, | * |
| individually and in his official capacity as | * |
| Supervisor of Streets/Foreman | * |
| of Public Works, | * |
| | * |
| Defendants. | * |

## NOTICE OF DEPOSITIONS

TO:  Bruce C. Herron, Esq.
     Akin & Herron, P.A.
     1220 N. Market Street, #300
     P.O. Box 25047
     Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take oral depositions of the following individuals on **Thursday, December 8, 2005**:

   **Sgt. Graham,** of the Smyrna Police Department, beginning at **10:00 a.m.**

   **Betty Porter** beginning at **11:30 a.m.**

   **Nancy Conlin** beginning at **2:00 p.m.**

   **Anne Lane** beginning at **3:00 p.m.**

The depositions will be held at Smyrna Town, 27 S. Market Street Plaza, Smyrna, Delaware, 19977.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher
William D. Fletcher, Jr.
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff

Dated: 11/18/2005
/clg
cc: Cheryl Anthony