## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

## NOTICE OF DEPOSITIONS

to be served upon:

> Bruce C. Herron, Esq.
> *Akin & Herron, P.A.*
> 1220 N. Market Street, #300
> P.O. Box 25047
> Wilmington, DE 19899

by mailing copies to address shown above, postage prepaid on 11/18/2005_____, 2005.

 

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr.
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiff

DATED: 11/18/2005
/clg