IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KARI M.(SMITH)PRILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1286-JJF |
| | ) | |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager; BEVERLY A. HIRT, individually and in her official capacity as Director of the Smyrna Public Library; and HARVEY LEGGETT, individually and in his official capacity as Supervisor of Streets Foreman of Public Works, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED AND UNOPPOSED AMENDMENT TO RULE 16 SCHEDULING ORDER**

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

1.  The Rule 16 Scheduling Order signed by the Court on May 23, 2005 provides for the filing of case dispositive motions on or before December 30, 2005. Subsequent to the issuance of the Scheduling Order Judge Thynge scheduled a mediation conference for January 23, 2006.

2.  Discovery is substantially complete. Counsel for the parties recently conferred and determined there is a reasonable chance the case could be resolved at the mediation conference.

1

3.  In view of the above, counsel request an extension of the deadline for the filing of case dispostive motions to January 31, 2006.


**SCMITTINGER & RODGRIGUEZ, P.A.**                **AKIN & HERRON, P.A.**

/s/ Noel E. Primos                                /s/ Bruce C. Herron
William D. Fletcher, Jr., Esquire                 Bruce C. Herron, Esquire
I.D. No.: 362                                     I.D. No.: 2315
Noel E. Primos, Esquire                           1220 N. Market Street
I.D. No.:3124                                     Suite 300
414 South State Street                            P.O. Box 25047
P.O. Box 497                                      Wilmington, DE 19899
Dover, DE 19903                                   (302) 427-6987
302-674-0140                                      Attorney for Defendants
Attorney for Plaintiff


Date: December 13, 2005                           Date: December 13, 2005


**SO ORDERED** this ____ day of December ____, 2005.


_____
Hon. Joseph J. Farnan, Jr.


H:\tmw5\data\files\Docs\3651.021\STIP\3215.wpd