# AKIN & HERRON, P.A.
### ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON
_____

DEBORAH C. SELLIS

1220 N. MARKET STREET
SUITE 300
P. O. BOX 25047
WILMINGTON, DELAWARE 19899
(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

December 13, 2005

**VIA E-MAIL & FIRST CLASS REGULAR MAIL**
Honorable Joseph J. Farnan, Jr.
U.S. District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

      **Re:  Priller v. Town of Smyrna**
            **C.A. No.: 04-1286-JJF**

Dear Judge Farnan:

    Enclosed for Your Honor's consideration is a copy of a proposed Stipulated and Unopposed Amendment to Rule 16 Scheduling Order filed pursuant to paragraph 8 of the Rule 16 Scheduling Order.

    Should the Court extend the deadline for case dispositive motions, counsel will seek a postponement of the March 8, 2006 Pre-Trial Conference so the Court has an opportunity to consider such motions prior to the Conference.

                                Respectfully submitted,

                                /s/ Bruce C. Herron

                              Bruce C. Herron
                              Attorney for Defendants

BCH:tad
Enclosure
cc:  United States District Court Clerk (w/encl.)
     Noel E. Primos, Esquire (w/encl.)

H:\tmw5\data\files\Docs\3651.021\CORR\3216.WPD