IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M.(SMITH)PRILLER, )<br>)<br>        Plaintiff, )<br>)<br>     v. )<br>)<br>TOWN OF SMYRNA, DAVID S. )<br>HUGG, III, individually and )<br>in his official capacity as )<br>Town Manager; )<br>BEVERLY A. HIRT, individually )<br>and in her official capacity )<br>as Director of the Smyrna )<br>Public Library; and )<br>HARVEY LEGGETT, individually )<br>and in his official capacity )<br>as Supervisor of Streets )<br>Foreman of Public Works, )<br>)<br>        Defendants. ) | C.A. No. 04-1286-JJF |

**STIPULATED AND UNOPPOSED AMENDMENT TO RULE 16 SCHEDULING ORDER**

    The parties, through their undersigned counsel, hereby stipulate and agree as follows:

    1.   The Rule 16 Scheduling Order signed by the Court on May 23, 2005 provides for the filing of case dispositive motions on or before December 30, 2005. Subsequent to the issuance of the Scheduling Order Judge Thynge scheduled a mediation conference for January 23, 2006.

    2.   Discovery is substantially complete. Counsel for the parties recently conferred and determined there is a reasonable chance the case could be resolved at the mediation conference.

1

3. In view of the above, counsel request an extension of the deadline for the filing of case dispostive motions to January 31, 2006.

| **SCMITTINGER & RODGRIGUEZ, P.A.** | **AKIN & HERRON, P.A.** |
|---|---|
| /s/ Noel E. Primos | /s/ Bruce C. Herron |
| William D. Fletcher, Jr., Esquire | Bruce C. Herron, Esquire |
| I.D. No.: 362 | I.D. No.: 2315 |
| Noel E. Primos, Esquire | 1220 N. Market Street |
| I.D. No.:3124 | Suite 300 |
| 414 South State Street | P.O. Box 25047 |
| P.O. Box 497 | Wilmington, DE 19899 |
| Dover, DE 19903 | (302) 427-6987 |
| 302-674-0140 | Attorney for Defendants |
| Attorney for Plaintiff | |
| Date: December 13, 2005 | Date: December 13, 2005 |

**SO ORDERED** this \_\_\_\_ day of December \_\_\_\_, 2005.

_____
Hon. Joseph J. Farnan, Jr.

H:\tmw5\data\files\Docs\3651.021\STIP\3215.wpd