IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M. (SMITH) PRILLER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   C.A. No. 04-1286 (JJF) |
| TOWN OF SMYRNA; DAVID S. | * |
| HUGG, III, individually and in | * |
| his official capacity as Town Manager; | * |
| BEVERLY A. HIRT, individually | * |
| and in her official capacity as | *   TRIAL BY JURY DEMANDED |
| Director of the Smyrna Public | * |
| Library; and HARVEY LEGGETT, | * |
| individually and in his official capacity as | * |
| Supervisor of Streets/Foreman | * |
| of Public Works, | * |
| | * |
| Defendants. | * |

## NOTICE OF DEPOSITION

TO: Bruce C. Herron, Esq.
Akin & Herron, P.A.
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of the **Records Custodian for the State of Delaware Attorney General's Office** (*) on Friday, December 30, 2005, at 10:00 a.m. at the offices of Schmittinger and Rodriguez, P.A., 414 South State Street, Dover, Delaware 19901.

*<u>**DUCES TECUM:**</u> **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified above:

> The complete file, including all records, reports, documents, statements, notes, photographs, audio and/or video tapes, rape kit, and any other information relating to the rape charge made by Kari M. Smith on or about 12/20/2002 against Harvey Leggett.

*<u>**PLEASE NOTE:**</u> Personal appearance has been waived if the requested records are received in this office by Friday, December 30, 2005 at 10:00 a.m.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff

DATED: 12/19/05

cc: Cheryl Anthony, Court Reporter

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the \_\_\_19th\_\_\_ day of December, 2005 the following documents were filed electronically:

### ***NOTICE OF RECORDS DEPOSITION***
and
### ***SUBPOENA DUCES TECUM***

and served electronically to the following party:

Bruce C. Herron, Esq.
Akin & Herron, P.A.
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899

          SCHMITTINGER & RODRIGUEZ, P.A.

          BY: *[signature]*
          WILLIAM D. FLETCHER, JR.
          Bar ID #362
          414 S. State Street
          P.O. Box 497
          Dover, DE 19903-0497
          Attorney for Plaintiff

WDF:tcl