IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M. (SMITH) PRILLER,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF SMYRNA; DAVID S.<br>HUGG, III, individually and in<br>his official capacity as Town Manager;<br>BEVERLY A. HIRT, individually<br>and in her official capacity as<br>Director of the Smyrna Public<br>Library; and HARVEY LEGGETT,<br>individually and in his official capacity as<br>Supervisor of Streets/Foreman<br>of Public Works,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*  C.A. No. 04-1286 (JJF)<br>*<br>*<br>*<br>*<br>*  TRIAL BY JURY DEMANDED<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF DEPOSITION

TO: Bruce C. Herron, Esq.
   Akin & Herron, P.A.
   1220 N. Market Street, #300
   P.O. Box 25047
   Wilmington, DE 19899

  PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of the **Records Custodian for Kent General Hospital (\*)** on Friday, December 30, 2005, at 11:00 a.m. at the offices of Schmittinger and Rodriguez, P.A., 414 South State Street, Dover, Delaware 19901.

**\*DUCES TECUM: YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified above:

  The complete file, including all medical records, reports, documents, statements, notes, photographs, rape kit(s), records by SANE nurses, and any other information relating to the Emergency Room treatment of Kari M. Smith provided on or about 12/20/2002.

**\*PLEASE NOTE:** Personal appearance has been waived if the requested records are received in this office by Friday, December 30, 2005 at 11:00 a.m.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff

DATED: 12/19/05

cc: Cheryl Anthony, Court Reporter

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of December, 2005 the following documents were filed electronically:

*NOTICE OF RECORDS DEPOSITION*
and
*SUBPOENA DUCES TECUM*

and served electronically to the following party:

Bruce C. Herron, Esq.
Akin & Herron, P.A.
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
Attorney for Plaintiff

WDF:tcl