IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M. (SMITH) PRILLER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1286 JJF |
| TOWN OF SMYRNA, et al., | : |
| Defendants. | : |

<u>O R D E R</u>

WHEREAS, the Court has granted the parties Stipulated Amendment to Rule 16 Scheduling Order allowing additional time for the filing of case dispositive motions;

WHEREAS, the Court will postpone the March 8, 2006 Pretrial Conference so as to allow time for consideration of the case dispositive motions;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference will be held on **Thursday, May 4, 2006 at 11:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

December 16, 2005
DATE

UNITED STATES DISTRICT JUDGE