IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KARI M. (SMITH) PRILLER, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | C.A. No : 04-1286 (JJF) |
| | * | |
| TOWN OF SMYRNA, ET AL., | * | |
| | * | |
| Defendants. | * | |

### CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S RESPONSE TO NON-PARTY OFFICE OF THE ATTORNEY GENERAL'S MOTION TO QUASH SUBPOENA *DUCES TECUM***

to be served upon:   Eileen Kelly, Esquire
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
fax: (302) 577-2496

Bruce C. Herron, Esquire
AKIN & HERRON, P.A.
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899
fax: (302) 655-3697

via electronic service where appropriate, and by facsimile and First Class U.S. Mail, on December 30, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
WILLIAM D. FLETCHER, JR.
Bar I.D. #362
414 S. State Street
P.O. Box 497
Dover, DE 19901
Attorneys for Plaintiff