# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |  |
|---|---|---|---|
| KARI M. (SMITH) PRILLER, | * | | |
| | * | | |
| Plaintiff, | * | | |
| v. | * | C.A. No.: | 04-1286 (JJF) |
| | * | | |
| TOWN OF SMYRNA, ET AL., | * | | |
| | * | | |
| Defendants. | * | | |

## <u>ORDER</u>

AND NOW TO WIT, this _____ day of _____, A.D. 200___, upon consideration of Plaintiff's Response to Non-Party Office of the Attorney General's Motion to Quash Subpoena *Duces Tecum*;

IT IS HEREBY ORDERED that the Non-Party Office of the Attorney General's Motion to Quash is denied; and

IT IS FURTHER ORDERED that the Non-Party Office of the Attorney General comply with Plaintiff's subpoena issued December 16, 20005.

_____
                                  J.