IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M.(SMITH)PRILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1286-JJF |
| ) | |
| TOWN OF SMYRNA, DAVID S. ) | |
| HUGG, III, individually and ) | |
| in his official capacity as ) | |
| Town Manager; ) | |
| BEVERLY A. HIRT, individually ) | |
| and in her official capacity ) | |
| as Director of the Smyrna ) | |
| Public Library; and ) | |
| HARVEY LEGGETT, individually ) | |
| and in his official capacity ) | |
| as Supervisor of Streets ) | |
| Foreman of Public Works, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, defendants move for summary judgment as to all claims on the grounds that there are no issues of material fact and they are entitled to judgment as a matter of law.  The grounds for defendants' Motion are further set forth in the accompanying Defendants' Opening Brief in Support of Their Motion for Summary Judgment.

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron, Esquire
I.D. No.: 2315
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6987
Attorney for Defendants

Dated: January 31, 2006

H:\tmw5\data\files\Docs\3651.021\MSJ\3552.wpd