IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M.(SMITH)PRILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1286-JJF |
| ) | |
| TOWN OF SMYRNA, DAVID S. ) | |
| HUGG, III, individually and ) | |
| in his official capacity as ) | |
| Town Manager; ) | |
| BEVERLY A. HIRT, individually ) | |
| and in her official capacity ) | |
| as Director of the Smyrna ) | |
| Public Library; and ) | |
| HARVEY LEGGETT, individually ) | |
| and in his official capacity ) | |
| as Supervisor of Streets/ ) | |
| Foreman of Public Works, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I **HEREBY CERTIFY** that on this 31st day of January, 2006, a copy of **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was served via Lexis/Nexis File and mailed first class upon the following counsel:

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

                    **AKIN & HERRON, P.A.**
                    <u>/s/ Bruce C. Herron</u>
                    Bruce C. Herron
                    Attorney I.D. No.: 2315
                    1220 N. Market Street, Suite 300
                    P.O. Box 25047
                    Wilmington, Delaware  19899
                    (302) 427-6987
                    Attorney for Defendants

H:\tmw5\data\files\Docs\3651.021\NOS\3590.WPD