IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M.(SMITH)PRILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF SMYRNA, DAVID S. )<br>HUGG, III, individually and )<br>in his official capacity as )<br>Town Manager; )<br>BEVERLY A. HIRT, individually )<br>and in her official capacity )<br>as Director of the Smyrna )<br>Public Library; and )<br>HARVEY LEGGETT, individually )<br>and in his official capacity )<br>as Supervisor of Streets/ )<br>Foreman of Public Works, )<br>)<br>Defendants. ) | C.A. No. 04-1286-JJF |

## NOTICE OF SERVICE

I **HEREBY CERTIFY** that on this 31st day of January, 2006, a copy of the **APPENDIX TO DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** was served via Lexis/Nexis File and mailed first class upon the following counsel:

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

**AKIN & HERRON, P.A.**
/s/ Bruce C. Herron
Bruce C. Herron
Attorney I.D. No.: 2315
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, Delaware  19899
(302) 427-6987
Attorney for Defendants

H:\tmw5\data\files\Docs\3651.021\NOS\3586.WPD