IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KARI M. (SMITH) PRILLER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | C.A. No. 04-1286 (JJF) |
| TOWN OF SMYRNA; DAVID S. HUGG, III, individually and in his official capacity as Town Manager; BEVERLY A. HIRT, individually and in her official capacity as Director of the Smyrna Public Library; and HARVEY LEGGETT, individually and in his official capacity as Supervisor of Streets/Foreman of Public Works, | * * * * * * * * * * | TRIAL BY JURY DEMANDED |
| | * | |
| Defendants. | * | |

## STIPULATION AND ORDER EXTENDING TIME

It is hereby stipulated by Plaintiff Kari M. (Smith) Priller and by Defendants that Plaintiff will have until and including March 2, 2006, to file her Answering Brief and Appendix to Defendants' Motion for Summary Judgment and Supporting Brief, and that Defendants will have until March 16, 2006, to file their Reply Brief.

SCHMITTINGER & RODRIGUEZ, P.A.    AKIN & HERRON, P.A.

BY: /s/ Noel. E. Primos                              BY: /s/ Bruce C. Herron
    NOEL E. PRIMOS, ESQ.                         BRUCE C. HERRON, ESQ.
    Bar I.D. #3124                                        Bar I.D. #2315
    414 S. State Street                                 1220 N. Market St., Ste. 300
    P.O. Box 497                                         P.O. Box 25047
    Dover, DE 19903                                    Wilmington, DE 19899
    (302) 674-0140                                       (302) 427-6987
    Attorneys for Plaintiffs                           Attorneys for Defendants

SO ORDERED:

_____
THE HONORABLE JOSEPH J. FARNAN, JR.