IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M.(SMITH)PRILLER,     ) | |
|     ) | |
|     Plaintiff,     ) | |
|     ) | |
|     v.     ) | C.A. No. 04-1286-JJF |
|     ) | |
| TOWN OF SMYRNA, DAVID S.     ) | |
| HUGG, III, individually and     ) | |
| in his official capacity as     ) | |
| Town Manager;     ) | |
| BEVERLY A. HIRT, individually ) | |
| and in her official capacity     ) | |
| as Director of the Smyrna     ) | |
| Public Library; and     ) | |
| HARVEY LEGGETT, individually ) | |
| and in his official capacity     ) | |
| as Supervisor of Streets/     ) | |
| Foreman of Public Works,     ) | |
|     ) | |
|     Defendants.     ) | |

**NOTICE OF SERVICE**

I **HEREBY CERTIFY** that on this 16th day of March, 2006, a copy of the **APPENDIX TO DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** was served via Lexis/Nexis File and mailed first class upon the following counsel:

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

**AKIN & HERRON, P.A.**
/s/ Bruce C. Herron
Bruce C. Herron
Attorney I.D. No.: 2315
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, Delaware  19899
(302) 427-6987
Attorney for Defendants

H:\tmw5\data\files\Docs\3651.021\NOS\3904.WPD