IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KARI M. (SMITH) PRILLER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | C.A. No. 04-1286 (JJF) |
| TOWN OF SMYRNA; DAVID S. HUGG, III, individually and in his official capacity as Town Manager; BEVERLY A. HIRT, individually and in her official capacity as Director of the Smyrna Public Library; and HARVEY LEGGETT, individually and in his official capacity as Supervisor of Streets/ Foreman of Public Works, | * * * * * * * * * * | TRIAL BY JURY DEMANDED |
| Defendants. | * | |

**PLAINTIFF'S PROPOSED VOIR DIRE**

COMES NOW Plaintiff, pursuant to D.Del.L.R. 47.1(a), and submits the following proposed questions to be asked of the jurors during voir dire in addition to the Court's standard questions.

1. Does any member of the jury panel know of any reason why he or she would be unable to award money damages in favor of the Plaintiff if the evidence and the law so required, or conversely, to return a verdict in favor of the Defendants if the evidence and the law so required?

2. Have you or any member of your family ever been employed by the Town of Smyrna?

3. Have you or any member of your family ever been employed by a municipality?

4. Have you or any member of your family ever held a management position in any

municipality or other local government?

5. Have you or any member of your family ever worked in the Personnel or Human Resources Department of any governmental or business entity?

6. Have you or any member of your family ever worked in any business that receives any income from the Town of Smyrna (e.g., supplier, contractor, by assignment, or otherwise)?

7. Do you or any members of your family reside in the Town of Smyrna?

8. Have you ever been involved in the hiring, promotion, demotion, termination or discipline of any employee?

9. Have you ever been accused of discrimination in the workplace?

10. Have any of your relatives, friends or colleagues ever been accused of discrimination in the workplace?

11. Do you think you might trust the testimony of a governmental official more than that of an employee who does not have as high a ranking?

                         SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____ by acs
      WILLIAM D. FLETCHER, JR.
      Bar I.D. #362

BY: _____
      NOEL E. PRIMOS

                                Bar I.D. #3124

BY: _____
            ADAM C. GERBER
            Bar I.D. #4653
            414 S. State Street
            P.O. Box 497
            Dover, DE 19903-0497

DATED: 5/1/06           Attorneys for Plaintiff