## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S PROPOSED VOIR DIRE**

to be served upon:

Bruce C. Herron, Esquire
AKIN & HERRON, P.A.
1220 N. Market Street, Suite 300
P.O. Box 25407
Wilmington, DE 19899

by electronic transmission and first class mail on May ___1___, 2006.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS
(I.D. #3124)
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302)674-0140
Attorneys for Plaintiff