IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KARI M. (SMITH) PRILLER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | C.A. No. 04-1286 (JJF) |
| TOWN OF SMYRNA; DAVID S. | * | |
| HUGG, III, individually and in | * | |
| his official capacity as Town Manager; | * | |
| BEVERLY A. HIRT, individually | * | |
| and in her official capacity as | * | TRIAL BY JURY DEMANDED |
| Director of the Smyrna Public | * | |
| Library; and HARVEY LEGGETT, | * | |
| individually and in his official capacity as | * | |
| Supervisor of Streets/Foreman | * | |
| of Public Works, | * | |
| | * | |
| Defendants. | * | |

## SPECIAL FORM OF VERDICT

**THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE QUESTIONS. THE COMPLETED SPECIAL VERDICT FORM MUST BE SIGNED AND DATED BY THE FOREPERSON.**

1. Do you find that Defendant Town of Smyrna, through its agents and employees, discriminated and/or retaliated against Plaintiff with regard to her employment position in violation of her rights under Title VII of the Civil Rights Act of 1964?

    YES _____    NO _____

2. Do you find that Defendant Town of Smyrna, through its agents and employees, discriminated and/or retaliated against Plaintiff with regard to her employment position in violation of her rights under 42 U.S.C. § 1981?

    YES _____    NO _____

3. Do you find that Defendant Town of Smyrna, through its agents and employees, discriminated and/or retaliated against Plaintiff with regard to her employment position in violation of her rights under 42 U.S.C. § 1983?

YES _____    NO _____

4. Do you find that Defendant Town of Smyrna, acting through its agents and employees, breached the covenant of good faith and fair dealing under Delaware law with regard to Plaintiff's employment position?

YES _____    NO _____

**IF YOU HAVE ANSWERED "YES" TO ANY OF THE ABOVE QUESTIONS, PLEASE ANSWER QUESTION 5. IF YOU HAVE ANSWERED "NO" TO ALL OF THE ABOVE QUESTIONS, PLEASE SKIP QUESTION 5 AND PROCEED TO QUESTION 6, AS YOU HAVE FOUND IN FAVOR OF DEFENDANT TOWN OF SMYRNA ON ALL OF PLAINTIFF'S CLAIMS.**

5. Please state, in monetary terms, the total amount of compensatory damages, including damages for mental and emotional pain and suffering, that you find Plaintiff Kari (Smith) Priller suffered as a result of the actions of Defendant Town of Smyrna, through its agents and employees.

$ _____

\* \* \* \* \*

6. Do you find that Defendant Beverly Hirt discriminated and/or retaliated against Plaintiff Kari (Smith) Priller in violation of 42 U.S.C. § 1983?

YES _____    NO _____

**IF YOU HAVE ANSWERED "YES" TO QUESTION 6, PLEASE PROCEED TO QUESTION 7. IF YOU HAVE ANSWERED "NO" TO QUESTION 6, PLEASE SKIP QUESTIONS 7-9 AND PROCEED TO QUESTION 10, AS YOU HAVE FOUND IN FAVOR OF DEFENDANT BEVERLY HIRT ON ALL OF PLAINTIFF'S CLAIMS.**

7. Please state, in monetary terms, the total amount of compensatory damages, including damages for mental and emotional pain and suffering, that you find Plaintiff Kari (Smith) Priller suffered as a result of the actions of Defendant Beverly Hirt.

$ _____

8. Do you find that Defendant Beverly Hirt's actions were wanton or wilful?

YES _____    NO _____

**IF YOU HAVE ANSWERED "YES" TO QUESTION 8, PLEASE ANSWER QUESTION 9. IF YOU HAVE ANSWERED "NO" TO QUESTION 8 PLEASE SKIP QUESTION 9 AND PROCEED TO QUESTION 10.**

9. Please state, in monetary terms, the total amount of punitive damages, if any, that you award to Plaintiff Kari (Smith) Priller and against Defendant Beverly Hirt.

$ _____

\* \* \* \* \*

10. Do you find that Defendant David Hugg discriminated and/or retaliated against Plaintiff Kari (Smith) Priller in violation of 42 U.S.C. § 1983?

YES _____    NO _____

**IF YOU HAVE ANSWERED "YES" TO QUESTION 10, PLEASE PROCEED TO QUESTION 11. IF YOU HAVE ANSWERED "NO" TO QUESTION 10, PLEASE SKIP QUESTIONS 11-13 AND PROCEED TO QUESTION 14, AS YOU HAVE FOUND IN FAVOR OF DEFENDANT DAVID HUGG ON ALL OF PLAINTIFF'S CLAIMS.**

11. Please state, in monetary terms, the total amount of compensatory damages, including damages for mental and emotional pain and suffering, that you find Plaintiff Kari (Smith) Priller suffered as a result of the actions of Defendant David Hugg.

$ _____

12. Do you find that Defendant David Hugg's actions were wanton or wilful?

YES _____    NO _____

**IF YOU HAVE ANSWERED "YES" TO QUESTION 12, PLEASE ANSWER QUESTION 13. IF YOU HAVE ANSWERED "NO" TO QUESTION 12, PLEASE SKIP QUESTION 13 AND PROCEED TO QUESTION 14.**

13. Please state, in monetary terms, the total amount of punitive damages, if any, that you award to Plaintiff Kari (Smith) Priller and against Defendant David Hugg.

$ _____

\* \* \* \* \*

14. Do you find that Defendant Harvey Leggett discriminated against Plaintiff Kari (Smith) Priller in violation of 42 U.S.C. § 1983?

YES _____   NO _____

**IF YOU HAVE ANSWERED "YES" TO QUESTION 14, PLEASE PROCEED TO QUESTION 15. IF YOU HAVE ANSWERED "NO" TO QUESTION 14, PLEASE DO NOT ANSWER QUESTIONS 15-17, AS YOU HAVE FOUND IN FAVOR OF DEFENDANT HARVEY LEGGETT ON ALL OF PLAINTIFF'S CLAIMS.**

15. Please state, in monetary terms, the total amount of compensatory damages, including damages for mental and emotional pain and suffering, that you find Plaintiff Kari (Smith) Priller suffered as a result of the actions of Defendant Harvey Leggett.

$ _____

16. Do you find that Defendant Harvey Leggett's actions were wanton or wilful?

YES _____   NO _____

**IF YOU HAVE ANSWERED "YES" TO QUESTION 16, PLEASE ANSWER QUESTION 17. IF YOU HAVE ANSWERED "NO" TO QUESTION 16, PLEASE DO NOT ANSWER QUESTION 17.**

17. Please state, in monetary terms, the total amount of punitive damages, if any, that you award to Plaintiff Kari (Smith) Priller and against Defendant Harvey Leggett.

$ _____

Respectfully submitted,

DATE:_____   _____
                                          FOREPERSON

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____ by ACL
WILLIAM D. FLETCHER, JR.
Bar I.D. #362

BY: _____
NOEL E. PRIMOS
Bar I.D. #3124

BY: _____
ADAM C. GERBER
Bar I.D. #4653
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff

DATED: 5/1/06