## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

## PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

to be served upon:

    Bruce C. Herron, Esquire
    AKIN & HERRON, P.A.
    1220 N. Market Street, Suite 300
    P.O. Box 25407
    Wilmington, DE 19899

by electronic transmission and first class mail on May \_\_1\_\_, 2006.

                        SCHMITTINGER & RODRIGUEZ, P.A.

                        BY: _/s/ Noel E. Primos_
                        NOEL E. PRIMOS
                        (I.D. #3124)
                        414 S. State Street
                        P.O. Box 497
                        Dover, DE 19903-0497
                        (302) 674-0140
                        Attorneys for Plaintiff