IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M.(SMITH)PRILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1286-JJF |
| | ) |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager; BEVERLY A. HIRT, individually and in her official capacity as Director of the Smyrna Public Library; and HARVEY LEGGETT, individually and in his official capacity as Supervisor of Streets/ Foreman of Public Works, | ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' PROPOSED VOIR DIRE

Defendants, pursuant to D. Del. L.R. 47.1 (a), submit the following proposed question to be asked of the jurors during voir dire in addition to the Court's standard questions.

1. Do you believe you have ever been subject to discrimination in employment on the basis of sex or race?

                                                  **AKIN & HERRON, P.A.**

                                                  /s/ Bruce C. Herron
                                                  Bruce C. Herron
                                                  Attorney I.D. No.: 2315
                                                  1220 N. Market Street, Suite 300
                                                  P.O. Box 25047
                                                  Wilmington, Delaware  19899
                                                  (302) 427-6987
                                                  Attorney for Defendants

H:\tmw5\data\files\Docs\3651.021\JURY\4256.WPD