IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KARI M.(SMITH)PRILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1286-JJF |
| | ) | |
| TOWN OF SMYRNA, DAVID S. | ) | |
| HUGG, III, individually and | ) | |
| in his official capacity as | ) | |
| Town Manager; | ) | |
| BEVERLY A. HIRT, individually | ) | |
| and in her official capacity | ) | |
| as Director of the Smyrna | ) | |
| Public Library; and | ) | |
| HARVEY LEGGETT, individually | ) | |
| and in his official capacity | ) | |
| as Supervisor of Streets/ | ) | |
| Foreman of Public Works, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I **HEREBY CERTIFY** that on this 2<u>nd</u> day of May, 2006, a

copy of **DEFENDANTS' PROPOSED VOIR DIRE** was served via Lexis/Nexis

File and mailed first class upon the following counsel:

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron
Attorney I.D. No.: 2315
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, Delaware  19899
(302) 427-6987
Attorney for Defendants

H:\tmw5\data\files\Docs\3651.021\NOS\4257.WPD