IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KARI M. (SMITH) PRILLER,           :
                                   :
          Plaintiff,               :
                                   :
     v.                            :   Civil Action No. 04-1286-JJF
                                   :
TOWN OF SMYRNA, DAVID S.           :
HUGG, III, individually and        :
in his official capacity as        :
Town Manager, BEVERLY A.           :
HIRT, individually and in her      :
official capacity as Director      :
of the Smyrna Public Library,      :
and HARVEY LEGGETT,                :
individually and in his            :
official capacity as               :
Supervisor of Streets/Foreman      :
of Public Works,                   :
                                   :
          Defendants.              :

## ORDER

At Wilmington, the ___3___ day of May 2006, for the reasons

set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' Motion For Summary

Judgment (D.I. 47) is **GRANTED IN PART AND DENIED IN PART**.

_____
UNITED STATES DISTRICT JUDGE