IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
KARI M. (SMITH) PRILLER,        :
                                :
        Plaintiff,               :
                                :
    v.                          : Civil Action No. 04-1286 JJF
                                :
TOWN OF SMYRNA, et al.,         :
                                :
        Defendants.              :
```

**O R D E R**

WHEREAS, on May 4, 2006, the Court held a Pretrial Conference to discuss parties preparations for trial;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Final Pretrial Conference will be held on **Thursday, November 9, 2006 at 11:00 a.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference. In accordance with discussions during the May 2006 Pretrial, Parties shall submit a Revised Pretrial Order by **Monday, November 6, 2006**.

2) Any Motions in Limine shall be filed so as to be completed briefing by **Friday, November 3, 2006.**

2) Trial will commence at **9:30 a.m. on Tuesday, November 28, 2006**, in Courtroom No. 4B on the 4th Floor, United

States Courthouse, Boggs Federal Building, Wilmington, Delaware.


May  16 , 2006                    /s/ Joseph J. Farnan Jr.
   DATE                           UNITED STATES DISTRICT JUDGE