IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M. (SMITH) PRILLER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1286-JJF |
| TOWN OF SMYRNA, ET AL., | : |
| Defendants. | : |

### ORDER

At Wilmington this **18th** day of **May, 2006**,

IT IS ORDERED that a continued mediation conference has been scheduled for **Tuesday, June 20, 2006** beginning at **10:00 a.m.** There shall be no further submissions of the parties. All other provisions of the Court's June 30, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE