IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KARI M. (SMITH) PRILLER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | C.A. No. 04-1286 (JJF) |
| TOWN OF SMYRNA; DAVID S. | * | |
| HUGG, III, individually and in | * | |
| his official capacity as Town Manager; | * | |
| BEVERLY A. HIRT, individually | * | |
| and in her official capacity as | * | TRIAL BY JURY DEMANDED |
| Director of the Smyrna Public | * | |
| Library; and HARVEY LEGGETT, | * | |
| individually and in his official capacity as | * | |
| Supervisor of Streets/Foreman | * | |
| of Public Works, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF DEPOSITION

TO:    Bruce C. Herron, Esq.
       Akin & Herron, P.A.
       1220 N. Market Street, #300
       P.O. Box 25047
       Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of the **Records Custodian for Bayhealth Medical Center, Inc., Kent General Hospital campus (\*),** on Friday, June 16, 2006, at 11:00 a.m. at the offices of Schmittinger and Rodriguez, P.A., 414 South State Street, Dover, Delaware 19901.

SAID CUSTODIAN IS COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified above:

The complete file, including all medical records, reports, documents, statements,

notes, photographs, rape kit(s), records by SANE nurses, and any other information relating to all care, treatment and evaluations of Kari M. Smith that Bayhealth Medical Center, Inc. provided on or about 12/20/2002.

      \* **SUBPOENA DUCES TECUM:**   Personal appearance is waived if clear, complete and legible copies of the requested records are received in this office by Tuesday, June 13, 2006.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: _____
     WILLIAM D. FLETCHER, JR.
     Bar ID #362
     414 S. State Street
     P.O. Box 497
     Dover, DE 19903-0497
     Attorneys for Plaintiff

DATED: 6\1\06
WDF:tcl

cc: Cheryl Anthony, Court Reporter