**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the \_\_1st\_\_ day of ~~May~~ June, 2006, the following documents were filed electronically:

*NOTICE OF RECORDS DEPOSITION*
and
*SUBPOENA DUCES TECUM*

and served via U.S. Mail to the following party:

Bruce C. Herron, Esq.
Akin & Herron, P.A.
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
WILLIAM D. FLETCHER, JR.
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff

WDF:tcl