# AKIN & HERRON, P.A.
### ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON
_____

DEBORAH C. SELLIS

1220 N. MARKET STREET
SUITE 300
P. O. BOX 25047
WILMINGTON, DELAWARE 19899
(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

June 21, 2006

**VIA ELECTRONIC FILING & FIRST CLASS REGULAR MAIL**
Honorable Joseph J. Farnan, Jr.
U.S. District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

    **Re:  Priller v. Town of Smyrna**
         **C.A. No.: 04-1286-JJF**

Dear Judge Farnan:

    I am pleased to report that the parties reached a settlement during the mediation with Judge Thynge. We expect the exchange of final documents and the filing of a Stipulation of Dismissal within the next three weeks.

                Respectfully submitted,

                /s/ Bruce C. Herron

                Bruce C. Herron
                Attorney for Defendants

BCH:tad
cc:  United States District Court Clerk
     William D. Fletcher, Jr., Esquire (via fax only)
     Noel E. Primos, Esquire (via fax only)
     Honorable Mary Patricia Thynge (via first class mail)

H:\tmw5\data\files\Docs\3651.021\CORR\4708.WPD