IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI M.(SMITH)PRILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1286-JJF |
| ) | |
| TOWN OF SMYRNA, DAVID S. ) | |
| HUGG, III, individually and ) | |
| in his official capacity as ) | |
| Town Manager; ) | |
| BEVERLY A. HIRT, individually ) | |
| and in her official capacity ) | |
| as Director of the Smyrna ) | |
| Public Library; and ) | |
| HARVEY LEGGETT, individually ) | |
| and in his official capacity ) | |
| as Supervisor of Streets/ ) | |
| Foreman of Public Works, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

The parties, by and through their undersigned attorneys, hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice.

SCHMITTINGER & RODRIGUEZ, P.A.

/s/ William D. Fletcher

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
414 South State Street
P.O. Box 497
Dover DE 19903
Attorneys for Plaintiff

Dated: 7-28-06

AKIN & HERRON, P.A.

/s/ Bruce C. Herron

Bruce C. Herron, Esquire
DE Bar No. 2315
1220 North Market Street
Suite 300
P.O. Box 25047
Wilmington, DE 19899
Attorney for Defendants

Dated: 7-31-06

H:\tmw5\data\files\Docs\3651.021\SOD\4713.wpd