IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KARI M.(SMITH) PRILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1286-JJF |
| | ) | |
| TOWN OF SMYRNA, DAVID S. HUGG, III, individually and in his official capacity as Town Manager; BEVERLY A. HIRT, individually and in her official capacity as Director of the Smyrna Public Library; and HARVEY LEGGETT, individually and in his official capacity as Supervisor of Streets/ Foreman of Public Works, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

The parties, by and through their undersigned attorneys, hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice.

SCHMITTINGER & RODRIGUEZ, P.A.

/s/ William D. Fletcher, Jr.
William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
414 South State Street
P.O. Box 497
Dover DE 19903
Attorneys for Plaintiff

Dated: 7-28-06

AKIN & HERRON, P.A.

/s/ Bruce C. Herron
Bruce C. Herron, Esquire
DE Bar No. 2315
1220 North Market Street
Suite 300
P.O. Box 25047
Wilmington, DE 19899
Attorney for Defendants

Dated: 7-31-06

H:\tmw5\data\files\Docs\3651.021\SOD\4713.wpd

IT IS SO ORDERED this 2 day of August, 2006.

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE